[Decided November 19, 1894.]

## FROST *v.* WIESTER.
[S. C. 40 Pac. 230.]

APPEAL from Multnomah.

Defendant appeals.

*Messrs. Johnson & Idleman,* for Appellant.

*Mr. Frank V. Drake,* for Respondent.

PER CURIAM. On motion of the attorneys for appellant, this appeal is hereby dismissed.
          DISMISSED.

---

[Decided January 10, 1895.]

## STATE *v.* H. C. WOOD.
[S. C. 40 Pac. 229.]

APPEAL from Multnomah.

*Mr. Edward Mendenhall,* for Appellant.

*Mr. John H. Hall,* for the State.

PER CURIAM. As there is no one present to represent the appellant, and no brief on file, the judgment of the court below is affirmed.          AFFIRMED.